TRAUB LIEBERMAN STRAUS & SHREWSBERRY, LLP
322 Highway 35
Third Floor
Red Bank, New Jersey 07701
(732) 985-1000
*Attorneys for Plaintiff*
*Farmers Insurance Exchange*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FARMERS INSURANCE EXCHANGE, | Civil Action No: 2:14-cv-02207-SDW-MCA |
| Plaintiff, | |
| v. | **ORDER ENTERING DEFAULT JUDGMENT** |
| SANTA MARIA PIZZA & RESTAURANT INC., and CARLITO MOJICA | **DOCUMENT FILED ELECTRONICALLY** |
| Defendants. | |

THIS MATTER having been opened to the Court on an application by TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP, counsel for plaintiff, Farmers Insurance Exchange ("Plaintiff") by a Notice of Motion for Default Judgment as to defendant Carlito Mojica, and the Court having reviewed the papers submitted in support of and in opposition to the motion, and good cause having been shown;

IT IS ON THIS 1ST day of October, 2014

ORDERED that default judgment is hereby entered as to defendant Carlito Mojica granting Farmers the relief requested in the complaint as against this defendant only.

_____
United States District Judge